**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| Curtis Evans<br><br>     Plaintiff,<br>v.<br><br>Legal Recovery Law Offices, Inc.<br><br>     Defendant. | 3:14-cv-00388-H-KSC |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Curtis Evans and Defendant Legal Recovery Law Offices, Inc. by and through their attorneys, voluntarily dismiss this case with prejudice, each party to bear its own fees and costs.  The Clerk of Court is respectfully requested to close this case.

Respectfully submitted this 8th day of July, 2014.


/s/ Arturo Matthews
Of Counsel, Hyslip & Taylor LLC LPA
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
Tel  (310) 556-9620
Fax (310) 388-0270
Bar No. 145232
Attorney for Plaintiff Curtis Evans

/s/ Hunter Hoestenbach
Hunter Hoestenbach, Esq.
501 W. Broadway - Suite A230 | San Diego, CA 92101
Attorney for Defendant Legal Recovery Law Offices, Inc.