# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS EVANS,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>LEGAL RECOVERY LAW OFFICES, INC.,<br><br>　　　　　　Defendant. | CASE NO. 14-cv-388 H (KSC)<br><br>**ORDER GRANTING PARTIES' STIPULATED DISMISSAL**<br><br>[Doc. No. 9] |

 On February 20, 2014, Plaintiff Curtis Evans alleging (1) violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et. seq.; (2) violations of the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), Cal. Civ. Code § 1788 et. seq.; and (3) violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227(b)(1)(A). (Doc. No. 1, Compl.) On April 10, 2014, Defendant Legal Recovery Law Offices, Inc. filed its answer. (Doc. No. 4.) On July 11, 2014, the parties filed a joint stipulation of dismissal with prejudice. (Doc. No. 9.)

 The Court, for good cause shown, grants the stipulated motion and dismisses the case with prejudice. Fed. R. Civ. P. 41(a)(2). The Court further orders as follows:

 1. The parties will bear their own costs, expenses, and attorneys' fees associated with the prosecution and defense of this action; and

2.  The Court directs the Clerk to close this case.

**IT IS SO ORDERED.**

DATED: July 15, 2014

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT